1  ROBERT H. NUNNALLY, JR. SBN 134151
2  robert@wnrlaw.com
3  WISENER NUNNALLY ROTH, LLP
   245 Cedar Sage, Suite 240
4  Garland, Texas 75040
5  Telephone: (972) 530 2200
   Facsimile:  (972) 530 7200
6  Attorneys for CDK Global, LLC, successor in interest
7  to ADP Dealer Services, Inc.

8
                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10                         SACRAMENTO DIVISION

11 Performance Chevrolet, Inc.,            : Case No.: 2:14-cv-02738-TLN-AC
12                                         :
              Plaintiffs,                  : **ORDER GRANTING AMENDED**
13                                         : **UNOPPOSED REQUEST TO SEAL**
          vs.                              : **CERTAIN DOCUMENTS**
14                                         : **ATTACHED AS EXHIBITS TO THE**
   ADP Dealer Services, Inc.               : **PLEADINGS FILED BY ADP**
15                                         : **DEALER SERVICES, INC., NOW**
                                           : **KNOWN AS CDK GLOBAL, LLC**
16                                         :
17            Defendant.                   :
   _____     :
18                                         :
19                                         :
                                           :
20

21

22

23

24

25

26

27

28
                                    1
                      Order Granting Amended Request to Seal

1
2
3
4
5
6

On this day the Court considered the Amended Unopposed Request to Seal Certain Documents attached as Exhibits to the Pleadings filed by ADP Dealer Services, Inc., now known as CDK Global, LLC, in this case. The Court considered the moving papers and evidence. The Court GRANTS the request and orders that the Clerk seal pages 18-39 of Document No. 8-1, 9-1, and 15-1 previously filed in this case.

7
8

So ordered.

9
10

Signed this 18th day of March, 2015

11
12
13
14

_____
Troy L. Nunley
United States District Judge

15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Order Granting Amended Request to Seal