1  ROBERT H. NUNNALLY, JR. SBN 134151
2  robert@wnrlaw.com
   WISENER NUNNALLY ROTH, LLP
3  245 Cedar Sage, Suite 240
4  Garland, Texas 75040
   Telephone: (972) 530 2200
5  Facsimile:  (972) 530 7200
6  Attorneys for CDK Global, LLC, successor in interest
   to ADP Dealer Services, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10                        SACRAMENTO DIVISION

11 Performance Chevrolet, Inc.,        : Case No.: 2:14-cv-02738-TLN-AC
12                                     :
           Plaintiffs,                 : **ORDER GRANTING AMENDED**
13                                     : **UNOPPOSED REQUEST TO SEAL**
       vs.                             : **CERTAIN DOCUMENTS**
14                                     : **ATTACHED AS EXHIBITS TO THE**
                                       : **PLEADINGS FILED BY ADP**
15 ADP Dealer Services, Inc.           : **DEALER SERVICES, INC., NOW**
                                       : **KNOWN AS CDK GLOBAL, LLC**
16                                     :
17         Defendant.                  :
   _____ :
18                                     :
19                                     :
                                       :
20
21
22
23
24
25
26
27
28
                                    1
                  Order Granting Amended Request to Seal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On this day the Court considered the Amended Unopposed Request to Seal Certain Documents attached as Exhibits to the Pleadings filed by ADP Dealer Services, Inc., now known as CDK Global, LLC, in this case. The Court considered the moving papers and evidence. The Court GRANTS the request and orders that the Clerk seal pages 18-39 of Document No. 8-1, 9-1, and 15-1 previously filed in this case.

So ordered.

Signed this 18th day of March, 2015

_____
Troy L. Nunley
United States District Judge

2

Order Granting Amended Request to Seal