UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Clerk's Office – Newark, NJ

Performance Chevrolet, Inc.

                            Plaintiff,

v.                                        Case No.: 2:15–cv–04231–SRC–CLW

                                                Judge Stanley R. Chesler

ADP DEALER SERVICES, INC.

                            Defendant.

**Dear Jeffrey H. Ochrach, Esq:**

  Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                              Very truly yours,

                                              William T. Walsh, Clerk
                                              By Deputy Clerk, eu