**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Newark, NJ**

Performance Chevrolet, Inc.

                Plaintiff,

v.                                     Case No.: 2:15–cv–04231–SRC–CLW

                                          Judge Stanley R. Chesler

ADP DEALER SERVICES, INC.

                Defendant.

**Dear Robert H. Nunnally:**

   Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                          Very truly yours,

                                          William T. Walsh, Clerk
                                          By Deputy Clerk, eu