# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY – NEWARK DIVISION

PERFORMANCE CHEVROLET, INC.

         Plaintiff/Counter Defendant

v.

ADP DEALER SERVICES, INC.

         Defendant/Counter Plaintiff.

Civil Action No.: 15-4231 (SRC)(CLW)

**NOTICE OF APPEARANCE OF JUDITH A. SCHNEIDER, ESQ.**

*Document Filed Electronically*

    Judith A. Schneider, Esq., of the law firm of Helmer, Conley & Kasselman, P.A., hereby enters an appearance in this matter on behalf of Counter Defendant, Performance Chevrolet, Inc.

                               s/Judith A. Schneider
                               Judith A. Schneider, Esq.
                               **Helmer, Conley & Kasselman, P.A**.
                               Judith A. Schneider, Esquire
                               600 Beverly Rancocas Rd.
                               Willingboro, NJ  08046
                               Phone:  856.428.5700
                               Fax:  888.387.0499
                               **Attorneys for Plaintiff/
                               Counter Defendant
                               Performance Chevrolet, Inc**

Dated: July 23, 2015.